UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No. 4:09-bk-41016-LMK

Chapter 7

IN RE:

John Douglas Miller,

        Debtor.

## CONSENT TO MOTION FOR RELIEF FROM STAY

COMES NOW, John Douglas Miller, by and through the undersigned attorney and hereby serve(s) notice that there is no objection to the lifting of the automatic stay provided by 11 U.S.C. 362. John Douglas Miller, hereby agree(s) to allow FLAGSTAR BANK, FSB, its Successors and/or Assigns, to commence an in rem foreclosure action in the State Court, in order to foreclose its mortgage on the following described real property providing that FLAGSTAR BANK, FSB, its Successors and/or Assigns, shall not seek or obtain an in personam judgment against the Debtor:

    Lot 2, Block JJ of KILLEARN ESTATES UNIT 8, according to the Plat
    thereof as recorded in Plat Book 5, Page(s) 49, of the Public Records of
    Leon County, Florida

    a/k/a 3078 Waterford Drive, Tallahassee, Florida  32309

SIGNED this _____ day of December, 2009.

                                    Thomas B. Woodward, Esquire
                                    Florida Bar No.: 018556
                                    P. O. Box 10058
                                    Tallahassee, Florida  32302
                                    850-222-4818 (Telephone)
                                    850-561-3456 (Facsimile)
                                    woodylaw@embarqmail.com